# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | AGENT TO ARREST |
| COREY GALLISDORFER | CASE NUMBER 1:11-MJ-654 |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest COREY GALLISDORFER and bring him forthwith to the nearest magistrate to answer a **COMPLAINT** charging him with:

producing child pornography, that is, using, persuading, inducing, enticing, and coercing minors to engage in sexually explicit conduct for the purpose of producing visual depictions of said conduct, knowing that these depictions would be transmitted using a facility of interstate commerce, namely the internet, in violation of Title 18, United States Code, Section 2251(a).

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 12 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Russell G. Vineyard
Name of Issuing Officer

_Russell G. Vineyard_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

May 3, 2011 in Atlanta, GA
Date and Location

Bail Fixed at $ _____

by _____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Chapel Hill, North Carolina

Date Received: 05/03/2011

Date of Arrest: 05/03/2011

Ken Kobetchel, Special Agent, FBI, 404-396-9011
Name and Title of Arresting Officer

_Robert Card_ on behalf of SA Kobetchel
Signature of Arresting Officer

# 27877-057