FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 31 2011

JAMES N. HATTEN, Clerk
By: pmw
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:11-MJ-654-RGV |
| COREY GALLISDORFER | : | |

**ORDER**

The Court, having read and considered the Government's unopposed motion to extend the time to formally charge the Defendant, hereby ORDERS that the Government's unopposed motion is GRANTED. The Government shall have until **July 18, 2011**, to formally charge the Defendant. The time from the entry of this order through and including July 18, 2011, or the date the Defendant is formally charged, whichever is earlier, is hereby excluded from the Speedy Trial Act.

The Court further FINDS that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by allowing this extension to facilitate plea negotiations and avoid the necessity and expense of a trial outweigh the interest of the public and the Defendant in a speedy trial.

SO ORDERED, this the 31st day of May, 2011.

Russell G. Vineyard
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

Presented by:
Robert C. McBurney, AUSA