FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 18 2011

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 1:11-MJ-654-RGV |
| COREY GALLISDORFER | : |

### O R D E R

The Court, having read and considered the Government's unopposed motion to further extend the time to formally charge the Defendant, hereby ORDERS that the Government's unopposed motion is GRANTED. The Government shall have until **September 1, 2011,** to formally charge the Defendant. The time from the entry of this order through and including September 1, 2011, or the date the Defendant is formally charged, whichever is earlier, is hereby excluded from the Speedy Trial Act.

The Court further FINDS that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by allowing this extension to facilitate plea negotiations and avoid the necessity and expense of a trial outweigh the interest of the public and the Defendant in a speedy trial.

SO ORDERED, this the 18th day of July, 2011.

_Russell G. Vineyard_
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE