USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 29 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

In the United States District Court

for the __Northern__ DISTRICT OF __Georgia__

UNITED STATES OF AMERICA

V.

COREY THOMAS GALLISDORFER

CRIMINAL NUMBER: 1:11-MJ-654

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, __COREY THOMAS GALLISDORFER__, defendant, have been informed that an (~~indictment, information,~~ *complaint*) is pending against me in the above designated cause. I wish to plead __GUILTY__ to the offense charged, to consent to the disposition of the case in the __MIDDLE__ District of __North Carolina__, which I, __AM UNDER ARREST__, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __December 27__ 20 __11__ at _____

COREY THOMAS GALLISDORFER
*(Defendant)*

_____
*(Witness)*

DAVID B. FREEDMAN
*(Counsel for Defendants)*

ANAND P. RAMASWAMY
*(Assistant United States Attorney)*

Approved

SALLY QUILLIAN YATES
United States Attorney for the
NORTHERN District of
GEORGIA

RIPLEY RAND
United States Attorney for the
MIDDLE District of
NORTH CAROLINA