# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

December 30, 2011

**United States District Court**  
**Middle District of North Carolina**  
**John S. Brubaker, Clerk of Court**  
**324 West Market Street, Suite 401**  
**Greensboro, NC 27401**

RE:  *USA v.* COREY GALLISDORFER
     Criminal Case No. 1:11-MJ-654-RGV

Dear Clerk:

Pursuant to Rule 20 proceedings entered into and filed with this Court, please find enclosed the magistrate complaint and case file together with a certified copy of our docket and the Rule 20 consent form.

Please acknowledge receipt on the duplicate copy of this letter as provided, indicating your assigned case number.

Sincerely,

James N. Hatten
District Court Executive
  and Clerk of Court

By:  s/Barbara D. Boyle
     Deputy Clerk

Enclosure

c:  Counsel of Record