# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

December 30, 2011

**RECEIVED In This Office JAN - 3 2012 CLERK, U.S. DISTRICT COURT GREENSBORO, NC**
MD/NC Case # 1:12CR1-1

**United States District Court**
**Middle District of North Carolina**
John S. Brubaker, Clerk of Court
324 West Market Street, Suite 401
Greensboro, NC 27401

RE:   *USA v.* COREY GALLISDORFER
        Criminal Case No. 1:11-MJ-654-RGV

Dear Clerk:

Pursuant to Rule 20 proceedings entered into and filed with this Court, please find enclosed the magistrate complaint and case file together with a certified copy of our docket and the Rule 20 consent form.

Please acknowledge receipt on the duplicate copy of this letter as provided, indicating your assigned case number.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:  s/Barbara D. Boyle
       Deputy Clerk

Enclosure

c:  Counsel of Record